No. 81–1387. VOLUNTARY PURCHASING GROUPS, INC. *v.* CHEVRON CHEMICAL CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–1919. GROUNDS ET AL. *v.* MOBIL OIL CORP. ET AL.;

No. 81–1920. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* MOBIL OIL CORP. ET AL.;

No. 81–1921. NORTHERN NATURAL GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL.; and

No. 81–1922. CITIES SERVICE GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 666 F. 2d 1279.

No. 81–5597. HOPPER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 81–1569. ROGERS, PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, ET AL. *v.* WHITE, 456 U. S. 928;

No. 81–6304. COLLINS *v.* ZANT, WARDEN, 456 U. S. 950;

No. 81–6358. WALKER *v.* TEXAS, 456 U. S. 963;

No. 81–6364. MEDVED *v.* UNITED STATES, 456 U. S. 963;

No. 81–6367. MCCRARY *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, 456 U. S. 963;

No. 81–6369. WILLIAMS *v.* EVERETT, DIRECTOR, ARKANSAS DEPARTMENT OF LABOR, 456 U. S. 963;

No. 81–6467. MCDONALD *v.* THOMPSON ET AL., 456 U. S. 981;

No. 81–6476. KIMBERLIN *v.* UNITED STATES, 456 U. S. 964; and

No. 81–6577. ROMIEH *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL., 456 U. S. 994. Petitions for rehearing denied.